**STATE OF MINNESOTA**

**AFFIDAVIT OF SERVICE**

**COUNTY OF HENNEPIN**

**METRO LEGAL SERVICES**

Bob Yates, being duly sworn, on oath says:
that on July 5, 2006, at 8:30 AM he served the attached:

Summons & Complaint upon:

Mark Pitzele, P.A., Attorney at Law, therein named, personally at:

5217 Wayzata Boulevard, #206, St. Louis Park, County of Hennepin, State of Minnesota, by handing to and leaving with Mark Pitzele, President, a true and correct copy thereof.

Subscribed and sworn to before me this
6th day of July 2006

JEFFREY D. CARLSON
NOTARY PUBLIC-MINNESOTA
My Commission Expires Jan. 31, 2009

591314 - 2

RE: 6020

**STATE OF MINNESOTA**

**AFFIDAVIT OF SERVICE**

**COUNTY OF HENNEPIN**

**METRO LEGAL SERVICES**

Bob Yates, being duly sworn, on oath says:
that on July 5, 2006, at 8:30 AM he served the attached:

Summons & Complaint upon:

Mark D. Pitzele, therein named, personally at:

5217 Wayzata Boulevard, #206, St. Louis Park, County of Hennepin, State of Minnesota, by handing to and leaving with Mark D. Pitzele, a true and correct copy thereof.

Subscribed and sworn to before me this
6th day of July 2006

*/s/ Jeffrey D. Carlson*

JEFFREY D. CARLSON
NOTARY PUBLIC-MINNESOTA
My Commission Expires Jan. 31, 2009

591314 - 3

RE: 6020